# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Jami L. Morton                                            Docket No. 5:10-M-1942-1

## Petition for Action on Probation

COMES NOW Matthew Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jami L. Morton, who, upon an earlier plea of guilty to Driving While Impaired- Level 5, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 5, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 11, 2011, and May 5, 2011, the defendant submitted urine samples that were returned positive for the presence of marijuana. Ms. Morton denies that she is smoking marijuana. It should be noted that both of these samples were submitted within the first 30 days of supervision, and a subsequent sample submitted on May 23, 2011, was negative for the presence of illegal substances. It is the belief of our office that she may need to participate in a substance abuse treatment program in the future. It is therefore recommended that supervision be continued and the conditions of probation be modified to include the drug aftercare condition.

The defendant signed a Waiver of Hearing agreeing to the proposed of supervision.

Jami L. Morton
Docket No. 5:10-M-1942-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Matthew Smith |
| Robert K. Britt | Matthew Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: May 23, 2011 |

### ORDER OF COURT

Considered and ordered this 23 day of May, 2011, and ordered filed and made a part of the records in the above case.

_/s/ Robert B. Jones, Jr._
Robert B. Jones, Jr.
U.S. Magistrate Judge